# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
MILLER, JAN L § Case No. 11-05501
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth Gardner
U.S. Bankruptcy Court Clerk
219 South Dearborn Street- 7th Floor
Chicago, IL 60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 02/07/2012 in Courtroom 644,
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: Kenneth S. Gardner_____
                                      Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:               §
                     §
MILLER, JAN L        §     Case No. 11-05501
                     §
        Debtor(s)    §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,982.39 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 8,982.39 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 1,648.24 | $ 0.00 | $ 1,648.24 |
| Trustee Expenses: Phillip D. Levey | $ 23.73 | $ 0.00 | $ 23.73 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 2,745.00 | $ 0.00 | $ 2,745.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 4,416.97 |
| Remaining Balance | | $ | 4,565.42 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,584.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 99.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Univ Anesthesiologists | $ 104.80 | $ 0.00 | $ 104.36 |
| 000002 | Ruth Lorenzen | $ 480.00 | $ 0.00 | $ 477.97 |
| 000003 | John K. Lorenzen | $ 4,000.00 | $ 0.00 | $ 3,983.09 |

Total to be paid to timely general unsecured creditors   $ 4,565.42

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-05501-PSH
Jan L Miller                                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: vrowe                  Page 1 of 3              Date Rcvd: Jan 11, 2012
                               Form ID: pdf006              Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2012.
```
db          #+Jan L Miller,    1411 Portsmouth Avenue,    Westchester, IL 60154-3620
16808674    +Brookpark Dental,    1103 E. 31st Street,    La Grange Park IL 60526-1281
16808668    +University Pathologists,    5620 Southwyck Blvd.,    Toledo OH 43614-1501
16808645    +X 0000,  Action Medical Equipment,    Department 4590,    Carol Stream IL 60122-0001
16808644    +X 0000,  Ruth Lorenzen,    2928 Buckingham,    Westchester IL 60154-5115
16808643    +X 0000,  John K. Lorenzen,    2928 Buckingham,    Westchester IL 60154-5115
16808664    +X 0000,  North American Fishing,    PO Box 3528,    Hopkins MN 55343-3528
16808659    +X 0000,  Prairie State Animal Hos,    103 Madison,    Oak Park IL 60302
16808671    +X 0000,  GE Money Bank,    c/o Academy Collection,    10965 Decatur Road,
              Philadelphia PA 19154-3210
16808672    +X 0000,  Precise Ambulance,    c/o NCI,    3601 Algonquin Road,    Suite 232,
              Rolling Meadows IL 60008-3106
16808646    +X 0000,  Chicago Inst of Neuro,    PO Box 2401,    Bedford Park IL 60499-2401
16808660    +X 0752,  Rush University Med Gr,    c/o Jeffrey L. Rosen, Esq.,    541 Otis Bowen Drive,
              Munster IN 46321-4158
16808647    +X 1130,  HRC Manor Care,    L2540,    Columbus OH 43260-0001
16808649    +X 1899,  Adult Medicine,    c/o Merchant?s Credit,    233 W. Jackson Blvd.,
              Chicago IL 60606-6958
16808650    +X 2550,  CitiCorp Credit,    PO Box 6286,    Sioux Falls SD 57117-6286
16808655    +X 2644,  PFG of Minnesota,    7825 Washington Avenue,    Minneapolis MN 55439-2430
16808666     X 3686,  Uro Partners,    3183 Paysphere Cir,    Chicago IL
16808642    +X 4743,  Affiliated Radiologists,    Dept 4104,    Carol Stream IL 60122-0001
16808667    +X 5349,  Sam?s Club,    PO Box 530942,    Atlanta GA 30353-0942
16808657    +X 5638,  History Channel Club,    Department 5555,    Louisville KY 40266-0001
16808641    +X 6788,  Adventist Health Partners,    PO Box 7001,    Bolingbrook, IL 60440-7001
16808663    +X 6852,  System Parking, Inc.,    1641 W. Harrison,    Chicago IL 60612-3824
16808669    +X 7501,  Village of Oak Park,    PO Box 88850,    Carol Stream IL 60188-0850
16808661    +X 7598,  Rehab Assoc of Chicago,    PO Box 388320,    Chicago IL 60638-8320
16808670    +X 7644,  Harris, NA,    PO Box 6290,    Carol Stream IL 60197-6290
16808639    +X 7835,  Harris, NA,    PO Box 6290,    Carol Stream IL 60197-6290
16808665    +X 8017,  Univ Anesthesiologists,    PO Box 128,    Glenview IL 60025-0128
16808652    +X 8039,  Ridge Ambulance,    c/o Mintex,    800 W Fifth Avenue,    Naperville IL 60563-8965
16808648    +X 8578,  HSBC,    PO Box 5244,    Carol Stream IL 60197-5244
16808656    +X 9103,  Radiology Consultants,    1730 Park Street Ste 101,    Naperville IL 60563-1290
16808658    +X 9290,  US Post Office,    2825 Lone Oak PKWY,    Eagan MN 55121-1551
16808640    +X 9406,  AT&T,    PO Box 6416,    Carol Stream IL 60197-6416
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16808673    +E-mail/Text: brenden.magnino@mcmcg.com Jan 12 2012 01:25:00      X 2900,   Citi Bank,   c/o MCM,
              PO Box 60578,    Los Angelis, CA 90060-0578
16808653    +Fax: 847-227-2151 Jan 12 2012 02:13:42      X 7520,   Rush Oak Park,   c/o Medical Recovery Spec,
              2250 E. Devon Avenue 352,    Des Plaines IL 60018-4521
16808654    +Fax: 847-227-2151 Jan 12 2012 02:13:42      X 9135,   Superior Ambulance,
              c/o Medical Recovery Spec,    2250 E. Devon Avenue 352,    Des Plaines IL 60018-4521
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16808651*    +X 2550,  CitiCorp Credit,    PO Box 6286,    Sioux Falls SD 57117-6286
16808662*    +X 7598,  Rehab Assoc of Chicago,    PO Box 388320,    Chicago IL 60638-8320
                                                                                  TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: vrowe                 Page 2 of 3                   Date Rcvd: Jan 11, 2012
                              Form ID: pdf006             Total Noticed: 35

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 13, 2012**          **Signature:** *Joseph Speetjens*

```
District/off: 0752-1           User: vrowe                 Page 3 of 3                  Date Rcvd: Jan 11, 2012
                               Form ID: pdf006             Total Noticed: 35
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2012 at the address(es) listed below:
```
              Dawn L. Moody    on behalf of Creditor   Harris, N.A., as successor in interest to Harris Bank
               Hinsdale and Harris Trust and Savings Bank dlm@kmlegal.com,   lsg@kmlegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul C Sheils    on behalf of Debtor Jan Miller attorney@paulsheils.com
              Phillip D Levey    levey47@hotmail.com,   plevey@ecf.epiqsystems.com
              Phillip D Levey    on behalf of Trustee Phillip Levey levey47@hotmail.com
                                                                                             TOTAL: 5
```