UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
MILLER, JAN L                       §     Case No. 11-05501
                                    §
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Phillip D. Levey_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | LORENZEN, JOHN K. | | | | | |
| 000002 | LORENZEN, RUTH | | | | | |
| 000001 | UNIVERSITY ANESTHESIOLOGISTS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-05501 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | MILLER, JAN L | | | Date Filed (f) or Converted (c): | 02/14/11 (f) |
| | | | | 341(a) Meeting Date: | 03/25/11 |
| For Period Ending: | 11/27/11 | | | Claims Bar Date: | 07/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 100.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking Account-1st National Bank of LaGrange | 100.00 | 0.00 | DA | 0.00 | FA |
| 3. Alliance Credit Union | 2,240.00 | 40.00 | DA | 0.00 | FA |
| 4. HOUSEHOLD FURNISHINGS | 500.00 | 0.00 | DA | 0.00 | FA |
| 5. Wearing Apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 6. UPS Employee Death Benefit-Michale Miller | 27,000.00 | 0.00 | DA | 0.00 | FA |
| 7. 1985 Chrysler LeBaron | 500.00 | 500.00 | DA | 0.00 | FA |
| 8. 1985 Chrysler LeBaron | 500.00 | 500.00 | DA | 0.00 | FA |
| 9. 2004 Chevy Express Pick-up | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 10. 1979 Motto Guzzi | 500.00 | 500.00 | DA | 0.00 | FA |
| 11. 1998 Moto Guzzi | 4,000.00 | 3,400.00 | DA | 0.00 | FA |
| 12. 1989 Harley Davidson | 2,500.00 | 2,500.00 | DA | 0.00 | FA |
| 13. Preference Claim-Alliance Financial Credit Union (u) | Unknown | 8,982.39 | | 8,982.39 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $40,440.00    $16,422.39    $8,982.39    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  /  /      Current Projected Date of Final Report (TFR):  /  /

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

Ver: 16.04e

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit 9

| Case No: | 11-05501 -PSH | | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- |
| Case Name: | MILLER, JAN L | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******6095  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0347 | | | |
| For Period Ending: | 03/12/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/26/11 | 13 | Alliance Financial Credit Union | Preference Recovery | 1241-000 | 8,982.39 | | 8,982.39 |
| 12/30/11 | 14 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,982.46 |
| 01/31/12 | 14 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 8,982.54 |
| 02/13/12 | 14 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 8,982.56 |
| 02/13/12 | | Transfer to Acct #*******6176 | Final Posting Transfer | 9999-000 | | 8,982.56 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 8,982.56 | 8,982.56    0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 8,982.56 |
| Subtotal | 8,982.56 | 0.00 |
| Less:  Payments to Debtors | | 0.00 |
| Net | 8,982.56 | 0.00 |

Page Subtotals         8,982.56         8,982.56

Ver: 16.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-05501 -PSH | | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- |
| Case Name: | MILLER, JAN L | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******6176 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0347 | | | |
| For Period Ending: | 03/12/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/13/12 | | Transfer from Acct #*******6095 | Transfer In From MMA Account | 9999-000 | 8,982.56 | | 8,982.56 |
| 02/13/12 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 1,648.26 | 7,334.30 |
| 02/13/12 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 23.73 | 7,310.57 |
| 02/13/12 | 000103 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,745.00 | 4,565.57 |
| 02/13/12 | 000104 | Univ Anesthesiologists<br>PO Box 128<br>Glenview IL 60025 | Claim 000001, Payment 99.58015% | 7100-000 | | 104.36 | 4,461.21 |
| 02/13/12 | 000105 | Ruth Lorenzen<br>2928 Buckingham<br>Westchester IL 60154 | Claim 000002, Payment 99.58125% | 7100-000 | | 477.99 | 3,983.22 |
| 02/13/12 | 000106 | John K. Lorenzen<br>2928 Buckingham<br>Westchester IL 60154 | Claim 000003, Payment 99.58050% | 7100-000 | | 3,983.22 | 0.00 |

|  |  | COLUMN TOTALS | 8,982.56 | 8,982.56 | 0.00 |
| --- | --- | --- | --- | --- | --- |
| | | Less: Bank Transfers/CD's | 8,982.56 | 0.00 | |
| | | Subtotal | 0.00 | 8,982.56 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 8,982.56 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Money Market Account (Interest Earn - ********6095) | 8,982.56 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********6176) | 0.00 | 8,982.56 | 0.00 |
| | 8,982.56 | 8,982.56 | 0.00 |
| Page Subtotals | 8,982.56 | 8,982.56 | |

Ver: 16.05d

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-05501 -PSH | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | MILLER, JAN L | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******6176  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0347 | | | |
| For Period Ending: | 03/12/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*